UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kurt Cote,

    Plaintiff,

v.

Unum Life Insurance Company of America,

    Defendants.

Court File No. 18-CV-969 DSD/ECW

**ORDER FOR DISMISSAL**

This matter, having come before the court upon the stipulation of the parties hereto, and the court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that this matter, having been fully settled, is dismissed with prejudice and on the merits, and without costs, disbursements, or attorneys' fees to any party.

Dated: January 22, 2019

s/David S. Doty
David S. Doty, Judge
United States District Court